IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-11-0210-JAM |
| vs. | |
| EDWARD SHEVTSOV, | |
| Defendant. | ORDER |

On September 16, 2011, defendant's motion for bail review was heard by the undersigned. Based upon the security presented, relatively small amounts of equity and/or based upon unimproved properties which were in rural settings, the undersigned denied the motion. However, if defendant is able to posit more reliable security such as a person's residence with a substantial amount of equity, the undersigned will reconsider his denial of the bail review.

Based upon statements by defense counsel at hearing regarding possible misunderstandings of persons who may wish to allow their residences to be used as security for appearances of this defendant, the court issues the following statement. In this case, security used to ensure payment of a bond for appearance may be forfeited only if the defendant does not make his court appearances, i.e., becomes a fugitive for whom a warrant is issued. The security is not subject to forfeiture simply because a defendant is convicted of the underlying offense.

Upon conviction, and upon remand of the defendant, the security is "exonerated," i.e., returned clear of any government lien occasioned by the posting of property in court.

DATED: September 19, 2011

                                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE