**FILED**
March 14, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> EDWARD SHEVTSOV, ) <br> Defendant. ) <br> _____ ) | Case No. 2:11-cr-00210-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release EDWARD SHEVTSOV, Case No. 2:11-cr-00210-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $250,000.00.

      ____   Co-Signed Unsecured Appearance Bond

      _X_   Secured Appearance Bond

      _X_   (Other) Conditions as stated on the record.

      ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/14/2012  at  2:10pm.

By _____
Edmund F. Brennan
United States Magistrate Judge