John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, California 95814
Telephone: (916) 444-3994
Email: jmanninglaw@yahoo.com

Attorney for Defendant
EDWARD SHEVTSOV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>EDWARD SHEVTSOV et al,<br><br>             Defendant. | 2:11 CR 0210-05 JAM<br><br>Stipulation and Order<br>Modifying Conditions of Release |

     Edward Shevtsov, by and through his attorney, John R. Manning, and the United States of America, by and through its' counsel, Steven Lapham, and Pretrial Services Officer Becky Fidelman, hereby agree and stipulate to amend defendant's conditions of release.  The modification stipulated to herein is requested in light of the fact that Mr. Shevtsov's daughter lives in a home occupied by co-defendants Vera and Nadia Kuzmenko.  Mr. Shevtsov necessarily comes into contact with Ms. Nadia Kuzmenko while visiting his daughter. (Mr. Shevtsov is presently allowed contact Ms. Vera Kuzmenko solely for the purpose of discussing issues related to their daughter.)

     Therefore, condition number 9 defendant's conditions of release, shall be modified and shall read:

     (9) You shall not associate with or have contact with the co-defendants in this case, with the exception of Vera and Nadia Kuzmenko, for the sole purpose of facilitating child custody and/or visitation issues or arrangements, unless in the presence of defense counsel.

Accordingly, all parties and Mr. Shevtsov agree with the above modifications.

Dated: March 27, 2012                Respectfully submitted,

/s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Edward Shevtsov

/s/ Steven Lapham
STEVEN LAPHAM
Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: March 27, 2012.

dad1.crim
shevtsov0210.stipord.modify.COR.wpd

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE