JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-210-JAM |
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING JUDGMENT |
| | ) AND SENTENCING |
| EDWARD SHEVTSOV, | ) Date:  July 21, 2015 |
| | ) Time:  9:15 a.m. |
| Defendant. | ) Judge: John A. Mendez |

The parties hereby stipulate the following:

Judgment and sentencing in this matter is presently set for May 26, 2015. Counsel for Mr. Shevtsov requests the date for judgment and sentencing be continued to July 21, 2015 at 9:15 a.m. Counsel for the defendant needs additional time to schedule the interview with probation, meet with the defendant, review the anticipated PSR; discuss the findings and recommendations therein; and, research and draft informal objections, formal objections and sentencing memoranda as necessary. Assistant U.S. Attorney Lee Bickley and USPO Lynda Moore have been advised of this request and have no objection. The parties request the Court adopt the following schedule pertaining to the presentence report:

**Judgment and Sentencing date:**                                         **7/21/15**

1

| | | |
|---|---|---|
| Reply, or Statement of Non-Opposition: | | 7/14/15 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | 7/7/15 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | | 6/30/15 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | | 6/23/15 |
| The Presentence Report shall be filed And disclosed to counsel no later than: | | 6/9/15 |

IT IS SO STIPULATED.

Dated: April 28, 2015                               /s/  John R. Manning
                                                            JOHN R. MANNING
                                                            Attorney for Defendant
                                                            Edward Shevtsov


Dated: May 5, 2015                                  Benjamin B. Wagner
                                                            United States Attorney

                                            by:     /s/ Lee S. Bickley
                                                            LEE S. BICKLEY
                                                            Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of May , 2015.

                                                            /s/ John A. Mendez
                                                            HON. JOHN A. MENDEZ
                                                            U.S. DISTRICT COURT JUDGE