JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:11 CR 210 JAM |
| | ) |
| Plaintiff, | ) |
| | ) APPLICATION AND ORDER |
| | ) EXONERATING BOND |
| v. | ) |
| | ) |
| EDWARD SHEVTSOV, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

_____

On October 20, 2015, defendant Edward Shevtsov was sentenced and the case is now closed. Defendant previously posted a $250,000.00 appearance bond secured by deeds of trust ($215,000.00 from his brother and sister in-law's property and the remaining $35,000.00 from property owned by Alex Shevtsov). Accordingly, the sureties for the defendant's bail bond is entitled to the release of their home's title, and it is respectfully requested that this Court direct the Clerk of the Court to recovey titles forthwith, and that the bond be exonerated.

DATED: October 22, 2015

/s/ John R. Manning_____
Attorney for Defendant
Edward Shevtsov

IT IS SO ORDERED.

Dated: October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE