**FILED**
MAR 16 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LOCATION CODE: CAED

Docket No. 2:11-cr-00210

U.S. vs. Edward Shevtsov

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐
**and/or**  Check one or both
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ☒

WHEREAS, John Manning was appointed as counsel for the above defendant/petitioner, on the 13th day of May, 20 11 ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☒ AUTHORIZED/DIRECTED that such funds in the amount of $ **$191,570.05** be paid by said defendant/petitioner or by _____ as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

The defendant is directed to make payment to Connie Farnsworth, Office of the Federal Defender, 801 I Street, 3rd Floor, Sacramento, CA 95814 for deposit in the U.S. Treasury as a reimbursemento to the Criminal Justice Act appropriation. The checks should be made payable to the Clerk of Court - CAED. Payment of the total amount shall be made in equal quarterly installments, i.e., 12 payments, of $15,964.17 over a period of 36 months to commence 60 days after the date of this Order. Interest is waived.

Dated this 16th day of March, 20 16 .

_____
United States Judge/Magistrate

DISTRIBUTION: COURT'S FILE    COURT APPOINTED COUNSEL    PERSON REPRESENTED    CLERK'S FILE