Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant / Appellant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDWARD SHEVTSOV,<br><br>                Defendant. | Case No.: 2:11-CR-0210-JAM<br><br>ORDER APPROVING THE PARTIES' STIPULATED BRIEFING SCHEDULE FOR THE DEFENDANT'S MOTION FOR RELEASE PENDING COMPLETION OF APPEAL<br><br>Date:   December 5, 2017<br>Time:  9:15 a.m.<br>Judge: Hon. John A. Mendez |

///

///

///

///

///

- 1 -

The Court finds good cause and approves the parties' stipulated briefing schedule for the defendant's motion for release pending completion of appeal (Cr. Doc No. 937).

- Any opposition to the motion shall be filed on or before November 27, 2017;

- Any reply brief shall be filed on or before November 30, 2017.

IT IS SO ORDERED.

DATE: 10/26/2017          /s/ John A. Mendez
                                        Hon. John A. Mendez
                                        U.S. DISTRICT COURT JUDGE