Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant / Appellant
EDWARD SHEVTSOV



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD SHEVTSOV,<br><br>Defendant. | Case No.: 2:11-CR-0210-JAM<br><br>STIPULATION REGARDING CONDITIONS NOS. 3 AND 12 OF RELEASE ON BOND PENDING COMPLETION OF APPEAL |

**Introduction**

On April 23, 2018, this Court ordered defendant's release on bond, pending completion of his Ninth Circuit appeal, on various terms and conditions proposed by Pretrial Services. Condition no. 3 required Mr. Shevtsov to live in Oregon with his sister Yelena Dubintsov for a period not exceed sixty (60) days.

- 1 -

Mr. Shevtsov was to locate a more permanent housing in the Eastern District California, subject to Pretrial Services approval, within 60 days from the date of release. Mr. Shevtsov was to be placed on HOME INCARCERATION for the period he resides in Oregon. He was to be placed on HOME DETENTION once he relocated to the Eastern District of California.

Following the hearing, the parties learned that one of Mr. Shevtsov's homes in Sacramento – 7449 Wells Avenue, Citrus Heights, CA 95610 – has very recently become vacant and available for Mr. Shevtsov to live in. Pretrial Services does not object to Mr. Shevtsov living at 7449 Wells Avenue address during this period of supervision.

## Stipulations

The parties, through their respective attorneys of record, stipulate to the following modifications to conditions nos. 3 and 12:[1]

3. You must reside at 7449 Wells Avenue, Citrus Heights, California, and not move from this residence without the prior approval of the Pretrial Services officer.

---

[1] By entering this stipulation, the Government does not intend to waive its continuing objection to Mr. Shevtsov's release on bond.

12. **HOME INCARCERATION AND HOME DETENTION:** For a period of sixty (60) days from the date of your release, you must remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer;

Following that sixty-day period, and assuming no issues of non-compliance with conditions of release (as determined by the Court), you will be placed on a period of HOME DETENTION. While on Home Detention, you must remain inside your residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

Executed on May 1, 2018.

/S/ Gene D. Vorobyov

Attorney for Defendant
EDWARD SHEVTSOV


/S/
Lee Saara Bickley
ASSISTANT U.S. ATTORNEY

Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant / Appellant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EDWARD SHEVTSOV,<br><br>Defendant. | Case No.: 2:11-CR-0210-JAM<br><br>[~~proposed~~] *jam* ORDER APPROVING MODIFICATIONS OF CONDITIONS NOS. 3 AND 12 OF RELEASE ON BOND PENDING COMPLETION OF APPEAL |

///

///

///

///

///

- 1 -

The Court finds good cause and approves the following modifications of conditions of release on bond pending completion of appeal (which the Court ordered on April 24, 2018):

3. You must reside at 7449 Wells Avenue, Citrus Heights, California, and not move from this residence without the prior approval of the Pretrial Services officer.

12. **HOME INCARCERATION AND HOME DETENTION:** For a period of sixty (60) days from the date of your release, you must remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer;

///

///

///

///

///

///

///

Following that sixty-day period, and assuming no issues of non-compliance with conditions of release (as determined by the Court), you will be placed on a period of HOME DETENTION. While on Home Detention, you must remain inside your residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

IT IS SO ORDERED.

DATE: May 2, 2018

Hon. John A. Mendez
U.S. DISTRICT JUDGE