Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant / Appellant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD SHEVTSOV,<br><br>　　　　　Defendant. | Case No.: 2:11-CR-0210-JAM<br><br>ORDER GRANTING DEFENDANT EDWARD SHEVTSOV'S MOTION FOR RELEASE ON BOND PENDING COMPLETION OF THE APPEAL<br><br>Date:　April 24, 2018<br>Time:　9:15 a.m.<br>Judge:　Hon. John A. Mendez |

　　　Defendant Edward Shevtsov's motion for release on bond pending completion of his Ninth Circuit appeal (Cr Doc. Nos. 937 and 949) was heard April 24, 2018. The Court finds that under 18 U.S.C. § 3143(b), the moving defendant (1) has presented clear and convincing evidence that he is not a risk of flight or a danger to others if released on bond, and (2) has established that his

- 1 -

appeal presents a substantial question of law.  Accordingly, the defendant's motion for release on bond pending completion of his appeal is GRANTED.

The amount of bond is set as follows: (1) $750,000 bond secured by the real properties owned by the defendant, and (2) $50,0000 unsecured bond co-signed by the defendant's sister Lyubov Chernavin.  The Court will issue a separate order of release as soon as the requisite bond is posted.

The Court further sets special conditions of release, as described on the following page of this order.

# **SPECIAL CONDITIONS OF RELEASE**

Re: Shevtsov, Edward
No.: 2:11-CR-0210 JAM
Date: June 12, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency within two days following your release from custody;

3. You must reside at 7449 Wells Avenue, Citrus Heights, California, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must not associate or have any contact with co-defendants in this case, except Vera Kuzmenko for the sole purpose of facilitating child custody and/or visitation issues or arrangements, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

9. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

11. **HOME INCARCERATION AND HOME DETENTION:** For a period of sixty (60) days from the date of your release, you must remain inside your residence at all times except for medical needs or treatment; religious services; and court appearances pre-approved by the pretrial services officer;

    Following that sixty-day period, and assuming no issues of non-compliance with conditions of releases (as determined by the Court), you will be placed on a period of HOME DETENTION. While on Home Detention, you must remain inside your residence at all times, except for employment; education; religious services; medical, substance abuse or mental health treatment; attorney visit; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

12. You must not be employed in a position of fiduciary responsibility and you must not be employed in the mortgage or real estate industry;

13. Your release on bond must be delayed until a date and time coordinated between Pretrial Services, U.S. Attorney's Office, defense counsel and the courtroom deputy clerk; and

///

///

///

14. You must provide copies of your most recent bank statements and tax returns to Pretrial Services (for the past three years). In addition, you have to provide a copy of your most recent bank statements to Pretrial Services on the last day of each month until you are no longer on release on bond. Also, until you are no longer on release on bond, you will also have to provide Pretrial Services a copy of your most recent tax return within 30 days of filing the return with the Internal Revenue Service

IT IS SO ORDERED

DATED: June 18, 2018

/s/ John A. Mendez

Hon. John A. Mendez
U.S. District Court Judge