Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant / Appellant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDWARD SHEVTSOV,<br><br>    Defendant. | Case No.: 2:11-CR-0210-JAM-5<br><br>ORDER RELEASING DEFENDANT EDWARD SHEVTSOV ON BOND PENDING COMPLETION OF APPEAL |

///

///

///

///

///

TO UNITED STATES MARSHALL:

This is to authorize and direct you to release Edward Shevtsov, Case No. 02:11-cr-00210-JAM-5 from custody on bail posted, as follows:

- $750,000 bond secured by equity in real property owned by Shevtsov;
- $50,000 unsecured bond secured by Lyubov Chernavin;
- Pretrial services conditions of supervision (see Doc No. 956).

IT IS SO ORDERED.

DATE: July 24, 2018  /s/ John A. Mendez
Hon. John A. Mendez
U.S. DISTRICT COURT JUDGE