Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Defendant / Appellant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-0210-JAM |
| Plaintiff, | [~~proposed~~] ORDER APPROVING CONDITION OF RELEASE ON BOND PLACING DEFENDANT ON HOME CURFEW |
| vs. | |
| EDWARD SHEVTSOV, | |
| Defendant. | |

///

///

///

///

///

///

The Court finds good cause and approves the following modification of conditions of release on bond pending completion of appeal. Re-numbered condition no. 12 is to provide:

> CURFEW: You must remain inside your residence every day from 6:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

The re-numbered list of conditions is attached to this order.

IT IS SO ORDERED.

DATED: October 22, 2018

Hon. Edmund Brennan
U.S. MAGISTRATE JUDGE

# Amended Special Conditions of Release

Re: Shevtsov, Edward
No.: 2:11-CR-0210 JAM
Date: October 22, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at 7449 Wells Avenue, Citrus Heights, California;

3. You must cooperate in the collection of a DNA sample;

4. You must surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

5. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

6. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

7. You must not associate or have any contact with co-defendants in this case, except Vera Kuzmenko for the sole purpose of facilitating child custody and/or visitation issues or arrangements, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

8. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

9. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

10. You must not be employed in a position of fiduciary responsibility and you must not be employed in the mortgage or real estate industry;

11. You must provide copies of your most recent bank statements and tax returns to Pretrial Services (for the past three years). In addition, you have to provide a copy of your most recent bank statements to Pretrial Services on the last day of each month until you are no longer on release on bond. Also, until you are no longer on release on bond, you will also have to provide Pretrial Services a copy of your most recent tax return within 30 days of filing the return with the Internal Revenue Service;

12. CURFEW: You must remain inside your residence every day from 6:00 p.m. to 7:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.