JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-11-210-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUED RELEASE PENDING PETITION FOR REVIEW AT THE UNITED STATES SUPREME COURT. |
| EDWARD SHEVTSOV, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY stipulated between the defendant, Edward Shevtsov, by and through his attorney, John R. Manning, and United States of America, by and through its attorney, Lee S. Bickley, that defendant Edward Shevtsov, remain free on bail pending filing of a petition for Writ of Certiorari at the United States Supreme Court which must be filed by January 22, 2020.

The parties agree that Mr. Shevtsov shall self-surrender to the facility designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshall in Sacramento, California, before 2 p.m., on March 31, 2020, even if the petition is denied before this date. The parties agree that if the petition is granted or pending on March 31, 2020 the parties will reassess the surrender date at that time.

///

///

1

IT IS SO STIPULATED.

Dated:  January 20, 2020 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Edward Shevtsov


Dated:  January 20, 2020 McGregor W. Scott
United States Attorney

by: /s/ Lee S. Bickley
LEE S. BICKLEY
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE APPEARING, it is hereby ordered that the defendant Edward Shevtsov having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshall in Sacramento, California, before 2 p.m., on March 31, 2020. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All current conditions of release shall remain in effect until the defendant surrenders in accordance with this order. The Court is aware the defendant is planning to file a Petition for Writ of Certiorari at the United States Supreme Court on January 22, 2020. In the event the Petition is granted or pending on March 31, 2020, the parties may reassess the surrender date at that time.

IT IS SO FOUND AND ORDERED this 21st day of January, 2020.

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE