```
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
(jmanninglaw@yahoo.com)
Attorney for Defendant
EDWARD SHEVTSOV
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-210 JAM |
| Plaintiff, | |
| v. | ORDER |
| EDWARD SHEVTSOV, | |
| Defendant. | |

**ORDER**

GOOD CAUSE APPEARING,

IT IS ORDERED that attorney John R. Manning's application to withdraw as counsel in the above-entitled case is GRANTED based upon a legal conflict between the defendant and counsel and based upon counsel's unavailability due to medical issues.

IT IS FURTHER ORDERED that panel attorney Gene Vorobyov (#200193) be substituted in as appointed counsel to represent defendant Edward Shevtsov before the District Court.

Dated: February 21, 2020.

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge