Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD SHEVTSOV,<br><br>    Defendant, | Case No. 2:11-cr-00210-JAM-5<br>[9th Cir. Case Nos.<br>15-50127 & 16-10122]<br><br>**Order Granting Request to File Declaration of Edward Shevtsov Ex Parte and Under Seal**<br><br>[Fed R. Crim Proc. 49.1; ED Local Rule 141] |

Based on a finding of GOOD CAUSE, the Court orders that declaration of Edward Shevtsov in response to the Government's Motion for Reassessment of Shevtsov's Present Ability to Repay CJA Funds be submitted ex parte and under seal.

IT IS SO ORDERED.

Dated:   June 10, 2020        /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ
                              United States District Court Judge

-1-