Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWARD SHEVTSOV,<br><br>　　　　Defendant, | Case No. 2:11-cr-00210-JAM-5<br><br>**Waiver of Personal Appearance and Order Approving the Waiver** |

Under Rule 43 of the Federal Rules of Criminal Procedure, defendant, Edward Shevtsov waives the right to be personally present at a hearing on any motion or other proceeding, including (but not limited to), the hearing regarding Shevtsov's current ability to repay the cost of his CJA representation (currently set for June 23, 2020, at 9:30 a.m. in Courtroom 6).

///

///

///

///

///

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: June 11, 2020

                                     /s/ Edward Shevtsov
                                       (Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: June 11, 2020

                                     /s/ Gene Vorobyov
                                       Attorney for Defendant
                                     EDWARD SHEVTSOV

IT IS SO ORDERED.

Dated:  June 12, 2020

                                     /s/ John A. Mendez

                                     United States District Court Judge