MCGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-210 JAM |
|---|---|
| Plaintiff, | FINDINGS AND ORDER REGARDING EDWARD SHEVTSOV'S REPAYMENT OF CJA FUNDS |
| v. | |
| EDWARD SHEVTSOV, | |
| Defendant. | |

The Court has paid at least $191,570.05 in CJA funds for court-appointed legal representation of Edward Shevtsov associated with the above-captioned matter.

On June 3, 2020, the United States filed a motion for the Court to assess Shevtsov's present ability to repay CJA funds. Accompanying that motion was a declaration of Special Agent Christopher Fitzpatrick demonstrating that Shevtsov currently owns five properties with value of over $2 million. Shevtsov owned those properties since 2010.

On June 10, 2020, Shevtsov responded to the United States' motion arguing that the Court should not order complete repayment of $191,570.05 because Shevtsov lacks the current ability to reimburse that full amount. Shevtsov filed accompanying exhibits. Shevtsov also submitted ex parte and under seal income and expense information.

[PROPOSED] FINGDINGS AND ORDER REGARDING CJA FUNDS

1

On June 23, 2020, the Court held a hearing to determine Shevtsov's current ability to repay CJA funds where it heard argument from counsel for Shevtsov and the United States.

The defendant does not challenge that Shevtsov has approximately $2 million in assets or that the Court has paid $191,570.05 for Shevtsov's representation.

The Court has considered defendant's arguments made in his filings and at the hearing. The Court has considered the liquidity of Shevtsov's finances, his personal and familial needs, and any changes in Shevtsov's financial circumstances. The Court has considered the liquidity of Shevtsov's assets, the effect of the COVID-19 pandemic on the liquidity of Shevtsov's assets, the presence of tenants in the homes Shevtsov owns, Shevtsov's living and business expenses, the need for Shevtsov to provide for his minor child, Shevtsov's obligation to pay $176,400 in fines and assessments, Shevtsov's sentence that he has yet to serve, and the potential for Shevtsov's deportation.

Shevtsov has the present ability to pay for his representation and to reimburse the Court for the costs of his representation. Paying $191,570.05 would not cause such financial hardship as to make it impractical or unjust.

Pursuant to 18 U.S.C. § 3006A, IT IS HEREBY ORDERED that Edward Shevtsov repay $191,570.05.

The defendant is directed to make payment of $191,570.05 made payable to the Clerk of the Court delivered to Connie Farnsworth, Office of the Federal Defender, 801 I Street, 3rd Foor, Sacramento, CA 95814 for deposit in the U.S. Treasury as a reimbursement to the Criminal Justice Act appropriation. The check should be made payable to the Clerk of Court – CAED.

Dated: 6/29/2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE