Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. 2:11-cr-00210-JAM-5 |
|---|---|
| Plaintiff, | [9th Cir. Case Nos. 15-50127 & 16-10122] |
| v. | |
| EDWARD SHEVTSOV, | **Order Granting Request to File Declaration of Edward Shevtsov Ex Parte and Under Seal** |
| Defendant, | |
| | [Fed R. Crim Proc. 49.1; ED Local Rule 141] |

Based on a finding of GOOD CAUSE, the Court orders that declaration of Edward Shevtsov in support of the motion to satisfy CJA funds reimbursement obligation in installments and by a date certain be submitted ex parte and under seal.

IT IS SO ORDERED.

Dated: July 23, 2020         /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ
                              United States District Court Judge

-1-