Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWARD SHEVTSOV,<br><br>    Defendant, | Case No.  2:11-cr-00210-JAM-5<br>[9th Cir. Case Nos.<br>15-50127 & 16-10122]<br><br>**ORDER CONTINUING<br>SURRENDER DATE** |

    Based on a finding of GOOD CAUSE, the Court orders that defendant Edward Shevtsov (having been previously convicted and sentenced to the custody of Bureau of Prisons) shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshall's Office in Sacramento, California, before 2:00 p.m. on January 28, 2021.

///

///

///

The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All current conditions of release shall remain in effect until the defendant surrenders in accordance with this order.

IT IS SO ORDERED.

Dated:  August 26, 2020        /s/ John A. Mendez
                               HONORABLE JOHN A. MENDEZ
                               United States District Court Judge