Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD SHEVTSOV,<br><br>        Defendant, | Case No. 2:11-cr-00210-JAM-5<br>[9th Cir. Case Nos.<br>15-50127 & 16-10122]<br><br>**Order Granting in Part and Denying in Part Defendant's Motion To Pay Off His CJA Reimbursement Obligation In Installments and By Date Certain** |

Based on a finding of GOOD CAUSE, the Court grants in part and denies defendant Edward Shevtsov's motion to pay off his obligation to repay CJA funds in installments and by date certain. (Crim. Doc. No. 1009).

The Court GRANTS the request to pay the obligation in installments. Defendant is to make monthly payments of $300 towards his repayment obligation beginning October 7, 2020, with the total amount of $191,570.05 due to be paid by no later than October 1, 2022.

///

///

///

-1-

The payments are to be made in the following manner:

A check must be made payable to the "Clerk of Court" and in the memo line of the check, it must be stated: "2:11-cr-00210-JAM-Defender Services Appropriation."

The check must be mailed to the following address:

Attention: Finance – Lisa DiMaria
Clerk of the Court
ROBERT T. MATSUI FEDERAL COURTHOUSE
501 I Street, Room 4-200
Sacramento, CA 95814

This order is without prejudice to a future motion to modify the plan based on changed circumstances.

IT IS SO ORDERED.

DATED: October 7, 2020            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE