Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:11-cr-00210-JAM-5 |
| Plaintiff, | |
| v. | **ORDER CONTINUING SURRENDER DATE** |
| EDWARD SHEVTSOV, | |
| Defendant, | |

Based on a finding of GOOD CAUSE, the Court orders that defendant Edward Shevtsov (having been previously convicted and sentenced to the custody of Bureau of Prisons) shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshall's Office in Sacramento, California, before 2:00 p.m. on April 30, 2021.

///

///

///

The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All current conditions of release shall remain in effect until the defendant surrenders in accordance with this order.

IT IS SO ORDERED.

DATED: January 7, 2021 /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE