Gene D. Vorobyov, Attorney at Law
California Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116
(415) 425-2693
gene.law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD SHEVTSOV,<br><br>　　　　Defendant, | Case No. 2:11-cr-00210-JAM-5<br><br>**Order Granting the Request to File Document Under Seal**<br><br>[Fed R. Crim Proc. 49.1; ED Local Rule 141] |

　　This Court finds good cause and grant's the defendant's request to seal his declaration and exhibits in support of the defendant's motion to extend the time to surrender to May 20, 2021 (Cr. Doc. 1106).

IT IS SO ORDERED.

DATED: April 12, 2021　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

-1-