Gene D. Vorobyov, Attorney at Law
California Bar # 200193
2309 Noriega Street, # 46
San Francisco, CA 94122
(415) 425-2693
gene.law@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD SHEVTSOV,<br><br>　　　　Defendant, | Case No. 2:11-cr-00210-JAM-5<br><br>**Order Exonerating Appearance Bond and Reconveying Real Property** |

Based on a finding of good cause, the Court orders that the secured Appearance Bond in the amount of $750,000 (Doc. 958) is exonerated. The Court also orders that the unsecured Appearance Bond in the amount of $50,000 (Doc. 957) is exonerated.

///

///

///

///

///

-1-

The Court also orders that the Clerk of the District Court reconvey real property posted by Mr. Shevtsov to secure the $750,000 appearance bond back to Mr. Shevtsov as soon as practicable.

IT IS SO ORDERED.

DATED: June 15, 2021         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE