UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00210-5-DAD |
| Plaintiff, | ORDER DENYING DEFENDANT SHEVTSOV'S MOTION TO AMEND ORDER AND/OR MODIFY SENTENCE |
| v. | |
| EDWARD SHEVTSOV, | (Doc. No. 1231) |
| Defendant. | |

On January 7, 2025, defendant Edward Shevtsov filed a one-page letter with the court which was docketed as a motion to amend.  (Doc. No. 1231.)  In that letter defendant requests that the original sentencing judge modify an order (Doc. No. 1035) that was issued requiring defendant to repay expended CJA funds in installments by a date certain.  (Doc. No. 1231.)  In addition, defendant Shevtsov also appears to request that the sentencing judge reconsider the sentence imposed on October 20, 2015[1], based upon several circumstances defendant contends were not taken into consideration at the time of his sentencing.  (*Id.*)

As to defendant's first request, defendant provides no support whatsoever for his request that the order requiring him to reimburse the government for CJA expenditures, made in support of his defense in this case, be modified.  Instead, he merely states his vague complaints regarding

---

[1] On August 25, 2022, this case was reassigned to the undersigned.  (Doc. No. 1177.)

1

the adequacy of the representation he received and his mistaken belief that it is his appointed counsel who is seeking repayment. (Doc. No. 1231.) Moreover, under the challenged order, defendant Shevtsov was to have completed making the re-payments in question by October 1, 2022. (Doc. No. 1035.) Accordingly, defendant's unsupported request for a modification of the court's order will be denied.

To the extent defendant seeks a modification of the sentence imposed in his case based upon his contention that certain circumstances were not taken into consideration by the sentencing court, his motion will also be denied. "A federal court generally 'may not modify a term of imprisonment once it has been imposed.'" *United States v. Aruda*, 993 F.3d 797, 799 (9th Cir. 2021) (quoting *Dillon v. United States*, 560 U.S. 817, 819 (2010)), *superseded by statute on other grounds as stated in United States v. Bryant*, 144 F.4th 1119, 1124 (9th Cir. 2025), *petition for certiorari docketed* 25-6636 (Jan. 21, 2026); *see also* 18 U.S.C. § 3582(c); *United States v. Tadio*, 663 F.3d 1042, 1046 (9th Cir. 2011); *United States v. Barragan-Mendoza*, 174 F.3d 1024, 1028 (9th Cir. 1999) ("[D]istrict courts do not have 'inherent authority' to reconsider sentencing orders."). While there are some exceptions to this general rule (*see United States v Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021)), defendant Shevtsov has not pointed to any applicable exception that applies under the circumstances of this case.

Finally, the court notes that several documents served upon defendant by mail to his address of record have in recent years been returned to the court as undeliverable. (*See* Doc. Nos. 1210, 1221, 1238.) The U.S. Bureau of Prisons ("BOP") Inmate Locator website indicates that defendant Shevtsov has not been in BOP custody since September 22, 2023. *See Inmate Locator*, Fed. Bureau Prisons https://www.bop.gov/inmateloc/ (last accessed Jan. 30, 2026). However, the court also notes that on defendant's motion addressed by this order he did handwrite a new address of:

> 4610 SE Whipple Avenue
>
> Milwaukie, OR 97267

(Doc. No. 1231.)

/////

The court will construe the filing as a notice of change of address and will direct the Clerk of the Court to reflect this new address for defendant Shevtsov on the docket in this action and serve this order on him by mail at that new address of record.

For the reasons explained above, defendant Shevtsov's motion (Doc. No 1231) to modify the court's order regarding repayment of CJA expenditures and/or to modify the sentence imposed in his case is denied in its entirety.  The Clerk of the Court is directed to close this case as to defendant Shevtsov once again.

IT IS SO ORDERED.

Dated:    **January 30, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3